RE:WR-34,060-10,Tr.Ct.No.23473-**HC-4**.DOCKET INFORMATION SHEET REQUEST.

Dear Court Clerk,

I am writing to respectfully request a "docket sheet" for the above cause No.23473-**HC-4**.Presented to the Court on 9/10/2015.

Would you please send me the reuqested docket sheet free of charge,I am an indiqent Pro se applicant.

Thank you for your attention and assistance in the matter.

Sincerly,

**DATE:October 9,2015.**

X _Randy Barnett_
RANDY DALE BARNETT, PRO se
TDCJ-ID # 1648039
TELFORD UNIT
3899 State Hwy 98
New Boston,Texas
75570

**RECEIVED IN**
**COURT OF CRIMINAL APPEALS**

**OCT 19 2015**

**Abel Acosta, Clerk**

1.